No. 25-2377

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

_____

SUB-ZERO, INC. AND WOLF APPLIANCE, INC.,

*Plaintiffs-Appellees*,

v.

HENRY WASSERMAN,

*Defendant-Appellant.*

On Appeal from the United States District Court
for the Central District of California
No. 2:18-cv-00428-JFW-MAR
Hon. John F. Walter

_____

**PLAINTIFFS-APPELLEES' RESPONSE TO LEWITT, HACKMAN,
SHAPIRO, MARSHALL & HARLAN'S MOTION TO WITHDRAW AS
DEFENDANT-APPELLANT'S COUNSEL**

_____

Naikang Tsao, CA Bar No. 164180
FOLEY & LARDNER LLP
150 E. Gilman Street, Suite 5000
Madison, WI 53703
Tel. 608-258-4250
ntsao@foley.com

Ashley M. Koley, CA Bar No. 334723
FOLEY & LARDNER LLP
555 S. Flower Street, Suite 3300
Los Angeles, CA 90071
Tel. 213-972-4500
akoley@foley.com

*Attorneys for Plaintiffs-Appellees*
*Sub-Zero, Inc. and Wolf Appliance, Inc.*

1

Plaintiffs-Appellees Sub-Zero, Inc. and Wolf Appliance, Inc. (collectively, "Sub-Zero") do not oppose Lewitt, Hackman, Shapiro, Marshall & Harlan's ("Lewitt's") July 2, 2025 motion to withdraw as counsel for Defendant-Appellant Henry Wasserman ("Wasserman"). Docket Entry No. 22.1.

However, given his stated intention to proceed in this appeal *pro se*, Wasserman should be required to: (a) immediately register for CM/ECF electronic filing in the Ninth Circuit; and (b) file any motions, briefs or other court filings, and to accept service of any court filings by Sub-Zero, electronically via CM/ECF. The district court imposed the same conditions on Wasserman when it granted Lewitt's motion to withdraw in the district court proceeding. *See* 6/25/25 Order, No. 2:18-cv-00428-JFW-MAR (C.D. Cal.) (ECF Dkt. No. 131 at 1-2).

Dated: July 11, 2025        FOLEY & LARDNER LLP

                               /s/ *Naikang Tsao*
                               Naikang Tsao
                               Ashley M. Koley

                               *Attorneys for Plaintiffs-Appellees*
                               *Sub-Zero, Inc. and Wolf Appliance, Inc.*

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the requirements of Federal Rule of Appellate Procedure ("FRAP") 32(g), Ninth Circuit Rule 27-1(1)(c), FRAP 27(d)(1)(E), 32(a)(5), and 32(a)(6) as it is under 20 pages, proportionately spaced serif font, has a typeface of 14 points, and contains 121 words.

Dated: July 11, 2025

/s/ *Naikang Tsao*
Naikang Tsao